**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHERRI STANFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01812 JMB |
| | ) | |
| FRANK J. BISIGNANO,<br>Commissioner of the Social Security<br>Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER - TRACK 4: SOCIAL SECURITY APPEAL**

Pursuant to the Local Rules and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following provisions apply in this case, and will be modified only upon a showing of exceptional circumstances:

This case has been assigned to Track 4 (Administrative).

This case has been randomly assigned to a United States Magistrate Judge. The parties have twenty-one (21) days from their entry of appearance to file their Notice Regarding Magistrate Judge Jurisdiction forms.

Pursuant to Fed. R. Civ. P. 12(a)(3) and (4), and this Court's Administrative Order In re: Service in Civil Actions Under the Social Security Act issued on August 10, 2023, within sixty (60) days of service of plaintiff's complaint, defendant must file a motion to dismiss, motion to remand, and/or certified administrative record which will be deemed an answer (general denial) to plaintiff's complaint. The certified administrative transcript and all other filings are exempt from any redaction requirements and are to be filed in accordance with 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that defendant is granted leave to file the transcript of the record under seal.

Pursuant to E.D.Mo. L.R. 9.02, plaintiff must, unless otherwise ordered by the Court, serve and file a brief within thirty (30) days after the Commissioner's service of the certified administrative transcript. The Commissioner must serve and file a brief within thirty (30) days after the service of the plaintiff's brief. Plaintiff shall have fourteen (14) days after service of the Commissioner's brief to file a reply brief. No further briefs shall be filed except by leave of court upon a showing of good cause.

A brief filed pursuant to E.D.Mo. L.R. 9.02 shall not exceed fifteen (15) standard typed pages, exclusive of a signature page and attachments, without leave of court. A reply brief shall not exceed ten (10) pages.

Dated this 22nd day of October, 2026.

***/s/ John M. Bodenhausen***
**JOHN M. BODENHAUSEN**
**UNITED STATES MAGISTRATE JUDGE**